# UNITED STATES DISTRICT COURT

for the

4th District of Hennepin county

__________ Division

Austin Michael Kingsley
Catherine Jean Beenken Fenny

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of Minnesota, Sharon Compton
Minneapolis Police Department
William Siegler (Jensen) Mpls Impound Lot

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 26-cv-3540 DWF/DJF
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

RECEIVED
AUG 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## COMPLAINT FOR THE CONVERSION OF PROPERTY

(28 U.S.C. § 1332; Diversity of Citizenship)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Catherine Jean Beenken Fenning & Austin Michael Kingsley |
| Street Address | 907 20th Ave NE |
| City and County | Minneapolis, Hennepin County |
| State and Zip Code | Minnesota 55418 |
| Telephone Number | 763·215·8003 |
| E-mail Address | Cathyiscase@hotmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

SCANNED
AUG 0 6 2026
U.S. DISTRICT COURT MPLS

Defendant No. 1

| | |
|---|---|
| Name | Minneapolis Police Department |
| Job or Title *(if known)* | Police, POST |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Minneapolis Impound Lot |
| Job or Title *(if known)* | Impound Lot |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | State of Minnesota |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Sharon Compton |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

William Siegler (Jensen)
3720 23rd Ave S
Mpls Mn

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

The plaintiff, *(name)* Austin M Kingsky, Catherine J Becnken-Fenning, is a citizen of the State of *(name)* Minnesota.

2. If the plaintiff is a corporation

The plaintiff, *(name)* ________, is incorporated under the laws of the State of *(name )* ________, and has its principal place of business in the State of *(name)* ________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* Sharon Compton, William Siegler (Jensen), is a citizen of the State of *(name)* Minnesota. Or is a citizen of *(foreign nation)* ________.

2 If the defendant is a corporation

The defendant, *(name)* Mpls Police Department, Mpls Impound Lot, State of Minnesota, is incorporated under the laws of the State of *(name)* Minnesota, and has its principal place of business in the State of *(name)* Minnesota. Or is incorporated under the laws of *(foreign nation)* ________, and has its principal place of business in *(name)* ________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

2004 Acura TL - Black not Beige impounded with no notification on 05/05/2022

## III. Statement of Claim

A. Describe the property that you own that is the subject of this complaint, including its value.

2004 Acura TL Black. 32,500 plus all Damages & Destruction tabs, plates, Insurance. Bought for 5500

B. How and when did you come to own the property?

Purchased the vehicle in Aug 2021 for 5500 + Car insurance monthly $200

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.

Bought the vehicle from dealer for 5500 they impounded cause of fatal hit and run ???on 4/3/2022 @5:28pm on Penn & Glenwood Ave N which never happened They say its Beige its Black

D. *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.

The Minneapolis Police Department Knew. the 2004 Acura TL Belonged to Austin Michael Kingsley towed the car without even notifing Austin or Catherine his mother Austin had finally after 2days found his car in the impound lot

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

for starters we want the 2004 Acura TL - Black GXL-128 Back its still in the impound lot under a police hold has a broken Axle, Dents, broken window, seats cut up and reimbursement for all insurance continue paying threw my rep payee (SSA) and tabs & licencing. title everything

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/04/2026

Signature of Plaintiff [signature] [signature]

Printed Name of Plaintiff Austin M Kingsley, Catherine J Brooklyn Fenning

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________