**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Austin Michael Kingsley and Catherine Jean Benken-Fenning,

Plaintiffs,

v.

State of Minnesota, Sharon Compton, Minneapolis Police Department, William Siegler Jensen, Mpls. Impound Lot,

Defendants.

Civil No. 26-3540 (DWF/DJF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Dulce J. Foster dated September 4, 2026. (Doc. No. 4.) No objections have been filed during the time permitted under Local Rule 72.2(b)(1). When no objections are filed, a district court need only review the R&R for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment, subdiv. b.

The factual background for this matter is clearly and precisely set forth in the R&R and is incorporated by reference. The Magistrate Judge recommended dismissing the complaint without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. After a careful review of the R&R and the record, the Court finds no clear error.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Dulce J. Foster's Report and Recommendation dated September 4, 2026 (Doc. No. [4]) is **ADOPTED**.

2. Plaintiff's complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 26, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge